UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HERNANDEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY HIGH, et al.,<br><br>            Defendants. | 1:24-cv-01327-SAB<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 30, 2024, Plaintiff filed a document entitled "forma pauperis declaration," which the Court construes as an application to proceed in forma pauperis. (ECF No. 2.) However, the application does not contain the necessary information and documentation for the Court to evaluate Plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis;

2. Within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $405.00 filing fee for this action; and

1

3. Failure to comply with this order will result in recommendation of dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 4, 2024**

UNITED STATES MAGISTRATE JUDGE