# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HERNANDEZ LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTHONY HIGH,<br><br>   Defendant. | Case No. 1:24-cv-01327-KES-SAB<br><br>ORDER DIRECTING DEFENDANT TO SET HEARING DATE AND FOR PLAINTIFF TO FILE A RESPONSE SEVEN DAYS BEFORE THE HEARING DATE<br><br>(ECF No. 27) |

On November 12, 2025, Defendant Anthony High filed a motion to compel Plaintiff Joe Hernandez Lopez to provide responses to Defendant's interrogatories and requests for production. (ECF No. 27.) In his motion, Defendant asserts that Plaintiff's responses were due on October 6, 2025. (Id. at p. 2.) Defendant further states that, following meet-and-confer efforts, the parties agreed that Plaintiff would provide his responses by the end of the day on October 17, 2025. (Id.) Defendant maintains that he has not received Plaintiff's responses to any written discovery. (Id.) Defendant did not set a hearing date within his motion, and the parties did not file a joint statement regarding the discovery dispute. Defendant asserts that there has been a "complete and total failure to respond to a discovery request" under Local Rule 251(e).

Pursuant to Local Rule 251(e), "a party may bring a motion for relief for hearing on fourteen (14) days notice. The responding party shall file a response thereto not later than seven

(7) days before the hearing date. The moving party may file and serve a reply thereto not less than two (2) days before the hearing date." L.R. 251(e).

Accordingly, it is HEREBY ORDERED that:

1. Defendant is **DIRECTED to file a Notice of Hearing** to schedule this matter on the Court's calendar;

2. **The hearing shall be fourteen (14) days from the Notice**; and

3. The Court conducts its law and motion on Wednesdays at 10 am, but the party should check with the Courtroom Clerk prior to setting in case a Wednesday is not available.

IT IS SO ORDERED.

Dated:    **November 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge