# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOE HERNANDEZ LOPEZ,

    Plaintiff,

    v.

ANTHONY HIGH,

    Defendant.

Case No.  1:24-cv-01327-KES-SAB

ORDER VACATING APRIL 22, 2026 HEARING ON DEFENDANT'S MOTION TO DISMISS

On March 9, 2026, Defendant filed a motion to dismiss, with a hearing set for April 22, 2026.  (ECF No. 31.)  Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition to the motion was due on March 23, 2026.  L.R. 230(c).  To date, Plaintiff has not filed an opposition.  The Local Rules provide that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument.  Id.  Upon review of the motion to dismiss, the Court takes this matter under submission and will issue its findings and recommendations on the papers in due course.

Accordingly, IT IS HEREBY ORDERED that the hearing set for April 22, 2026, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:  **March 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1