# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOE HERNANDEZ LOPEZ,

Plaintiff,

v.

ANTHONY HIGH,

Defendant.

Case No. 1:24-cv-01327-KES-SAB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE

On October 30, 2024, Plaintiff Joe Hernandez Lopez, who is proceeding *pro se*, commenced this action. (Doc. 1.) As relevant here, on March 9, 2026, Defendant filed a motion to dismiss for failure to prosecute and comply with court orders. (Doc. 31.) On June 25, 2026, the assigned magistrate judge issued findings and recommendations recommending that this case be dismissed without prejudice for failure to prosecute and failure to comply with the court's order. (Doc. 36.) That order informed Plaintiff that he had fourteen days within which to file objections to the findings and recommendations. (*Id.*) The deadline has passed, and Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations (Doc. 36) filed on June 25, 2026, are ADOPTED in full.
2. Defendant's motion to dismiss (Doc. 31) filed on March 9, 2026, is GRANTED.
3. This matter is DISMISSED without prejudice for failure to prosecute and failure to comply with a court order.
4. The Clerk of the Court is DIRECTED to enter judgment in accordance with this order.

IT IS SO ORDERED.

Dated: July 27, 2026

UNITED STATES DISTRICT JUDGE